UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAILEY, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID STEINER[1], Postmaster General, United States Post Office,<br><br>*Defendant*. | Case No. 2:25-cv-00667-WLH-PVC<br><br>**FINAL JUDGMENT**<br><br><br>Honorable Wesley L. Hsu<br>United States District Judge |

Defendant's Motion to Dismiss was heard by the Honorable Wesley L. Hsu, United States District Judge. The Court, having considered the pleadings, motion briefing, and evidence and arguments presented,

---

[1] David Steiner is substituted in for Louis DeJoy as the party in this action. *See* Fed.R. Civ.P.25(d).

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment
2  is entered in favor of Defendant on Plaintiff's action.
3
4  DATED: 8/27/2025
5
6  _____
   HON. WESLEY L. HSU
7  UNITED STATES DISTRICT JUDGE